IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DONALD SANDERS,
    d/b/a VACA RESOURCES,

    Plaintiff,

vs.

JOHN ADDISON,
    d/b/a AVS VIDEO
    PRODUCTIONS, LLC,

    Defendant.

Case No. 3:07cv00103

District Judge Walter Herbert Rice
Magistrate Judge Sharon L. Ovington

---

**DECISION AND ENTRY ADOPTING IN FULL THE REPORT AND RECOMMENDATIONS FILED ON MARCH 27, 2009 (Doc. #24); GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES (Doc. #s 20, 21); ENTERING JUDGMENT FOR ATTORNEY FEES IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT IN THE AMOUNT $3,516.74; AND MAINTAINING THE TERMINATION OF THIS CASE ON THE DOCKET OF THIS COURT**

---

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #24), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** in full said Report and Recommendations. It is therefore **ORDERED** that:

    1.    The Report and Recommendations filed on March 27, 2009 (Doc. #24) is **ADOPTED** in full;

2. Plaintiff's Motion for Attorney Fees (Doc. #s 20, 21) is GRANTED;

3. The Clerk of Court is directed to enter judgment for attorney fees in favor of Plaintiff and against Defendant in the amount of $3,516.74; and

4. The case remains terminated on the docket of this Court.

*[signature]*
Walter Herbert Rice
United States District Judge